UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X
GUGLIELMO PERNIS,     :     Civil Action No.:
                                             :     07 CV 5787 (JMB)
           Plaintiff,     :

    -against-     :
                                            :     **LOCAL RULE 7.1**
                                            :     **DISCLOSURE OF**
                                            :     **CORPORATE**
                                            :     **AFFILIATIONS AND**
                                            :     **FINANCIAL INTERESTS**

RICHTER + RATNER CONTRACTING CORP.,     :

           Defendant.     :
————————————————————————X

       I, the undersigned, counsel of record for Defendant Richer + Ratner Contracting Corp, certify that to the best of my knowledge and belief, Defendant Richer + Ratner Contracting Corp. does not have any outstanding securities in the hands of the public, nor does it have any parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

       These representations are made in order that judges of this court may determine the need for recusal.

Dated: New York, New York
            August 13, 2007

                                          /s/ Laura B. Hoguet
                                          _____
                                          Laura B. Hoguet (LH-7485)
                                          Hoguet Newman Regal & Kenney, LLP
                                          10 East 40th Street
                                          New York, New York 10016
                                          (212) 689-8808
                                          *Counsel for Defendant Richter + Ratner Contracting Corp*

Case 1:07-cv-05787-RMB     Document 3-2     Filed 08/13/2007     Page 2 of 2