UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Guglielmo Pernis
            Plaintiff(s),

            - v -

Richter + Ratner Contracting Corp.

            Defendant(s).
-------------------------------------------------------------X

**Case Management Plan**

07 CV. 5787 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by  Oct. 23, 2007

(ii)  Amend the pleadings by (FINAL) Complaint by 9-19-2007  Answer Oct. 9, 2007

(iii) All discovery to be **expeditiously** completed by  Jan 4 2008 (Fact + Expert)

(iv)  Consent to Proceed before Magistrate Judge — no

(v)   Status of settlement discussions  None yet: With Principals on 1/7/08 @ 10:45

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions _____

(vii)  Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)   Final Pre-Trial Conference _____

(x)    Trial _____

(xi)   Other _____

SO ORDERED: New York, New York
            9/4/07

RMB
Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/04/07