UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GUGLIELMO PERNIS,                                :   Civil Action No.:
                                                 :   07 CV 5787
           Plaintiff,                         :
                                                 :   Judge Berman
      -against-                                :
                                                 :   **NOTICE OF MOTION**
RICHTER + RATNER CONTRACTING CORP.,              :   **TO DISMISS**
                                                 :
           Defendant.                         :
                                                 :
-----------------------------------------------------------X

     PLEASE TAKE NOTICE that upon the declaration of Laura B. Hoguet sworn to October 16, 2007 and the exhibits thereto and all prior pleadings in this action, defendant Richter + Ratner Contracting Corp. will move this Court, before the Honorable Judge Richard M. Berman, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 14B, New York, New York, for an order dismissing plaintiff's Amended Complaint in its entirety, with prejudice.

     PLEASE TAKE FURTHER NOTICE that, pursuant to an order dated September 28, 2007, any response by plaintiff shall be served and filed no later than October 30, 2007 and any reply by defendants shall be served and filed no later than November 6, 2007.

Dated:  New York, New York
         October 16, 2007

                                    HOGUET NEWMAN REGAL & KENNEY, LLP

                                    By: _____
                                        Laura B. Hoguet (LH-7485)

                                    10 East 40th Street
                                    New York, New York 10016
                                    Tel: (212) 689-8808

                                    *Attorneys for Defendant*

To:   Zeynel Karcioglu
      36 east 20th Street, 6th Floor
      New York, New York 10003
      (212) 505-6933

      *Counsel for Plaintiff*