# Zeynel Karcioglu, Esq.

**Attorney-at-Law**  

36 East 20th St. 6th Fl.
New York, New York 10003
Telephone: (212) 505 - 6933
Facsimile: (646) 219 - 4517

*Via ECF*  November 1, 2007
Electronic Case Filing Clerk
Southern District of New York
United States Courthouse
40 Centre Street
New York, NY 10007

      Re:    *Pernis v. Richter + Ratner Contracting Corp., .07 CV 5787 (RMB)*

      This firm represents Guglielmo Pernis, plaintiff in the above-captioned action. We file this corrected Memorandum in Opposition to Plaintiff's Motion to Dismiss which includes a Table of Authorities and Table of Contents that for technical problems at our offices we were unable to integrate into the Memorandum at the time of filing.

      After being unsuccessful in putting together a single document, the tables were separately forwarded to defendant's counsel via email immediately after filing, and counsel was later provided a fully integrated copy (which is now being filed along with this letter). The Amended Complaint has also been integrated as one file to include the Exhibits thereto, for ease of reference.

      The contents of the Memorandum have not been altered in any way, and we regret any confusion with regard to this matter.

      Respectfully submitted,

      /s/

      Zeynel Karcioglu

    cc:    Hon. Richard M. Berman
            Laura B. Hoguet, Esq.