# Zeynel Karcioglu, Esq.

Attorney-at-Law

36 East 20th St. 6th Fl.
New York, New York 10003
Telephone: (212) 505 - 6933
Facsimile: (646) 219 - 4517

**MEMO ENDORSED**

BY FIRST CLASS MAIL

February 15, 2008

Hon. Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street
New York, NY 10007

Re:   *Pernis v. Richter + Ratner Contracting Corp.* 07 CV 5787 (RMB)

This firm represents Guglielmo Pernis, plaintiff in the above-captioned action. We write in reference to Defendant's Request for Extension of Discovery Your Honor Endorsed February 7, 2008. A copy of that letter is attached hereto for Your Honor's reference.

Plaintiff regrets having to write this letter, but the Endorsed Letter appeared to indicate that discovery responses and documents would be produced February 28, 2008 – the final day of fact discovery. Nothing in the Defendant's letter indicates that Mr. Pernis will have any time to review the documents and interrogatory responses to reschedule depositions which have had to be adjourned. I discussed this issue with Defendant's Counsel who has returned from out of town, and she had no objection to my request for time to review the discovery responses before taking depositions.

Accordingly, we respectfully request that the time period Your Honor provided for Defendant's production of documents (and interrogatory responses) remain February 28, 2008, but that Mr. Pernis be granted two weeks to review the discovery responses and relevant documents, so that we might take depositions by March 14th, 2008.

Again, Defendant's counsel has no objection to our request for this extension.

**RECEIVED FEB 19 2008 CHAMBERS OF RICHARD M. BERMAN USDJ**

Final Discovery Extension Granted + conference with principals adjourned to

Respectfully submitted,

Zeynel Karcioglu   3/17/08 @ 10.

cc: Laura B. Hoguet, Esq.

SO ORDERED
Date: 2/20/08

Richard M. Berman, U.S.D.J.