# HOGUET NEWMAN REGAL & KENNEY, LLP

10 East 40th Street  
New York, New York 10016  

Tel   212.689.8808  
Fax   212.689.5101  
www.hnrklaw.com

## MEMO ENDORSED

February 28, 2008

**By Hand**

Hon. Richard M. Berman  
United States District Judge  
United States District Court  
Southern District of New York  
United States Courthouse  
40 Centre Street  
New York, New York 10007



Re:  Guglielmo Pernis v. Richter + Ratner Contracting Corp., Index No. 07 CV 5787

Dear Judge Berman:

This firm represents defendant Richter + Ratner Contracting Corp. We write concerning defendant's motion to dismiss this action pursuant to Rule 12 FRCP, which was submitted on November 6, 2007.

This action is at present subject to a March 17 discovery cutoff. Yesterday we received notices from the plaintiff to depose four witnesses from the defendant during the week prior to the cutoff date. Defendant's purpose in making a Rule 12 motion is substantially frustrated if depositions must be taken before the Rule 12 motion is decided. We respectfully request, therefore, that the depositions be stayed until ten days after a decision on the Rule 12 motion.

Respectfully submitted,

Laura B. Hoguet LH 7485

Cc: Zeynal Karcioglu, Esq.

*Handwritten endorsement:* There is No stay of discovery in place in this case. Proceed with discovery in accordance with the current schedule.

SO ORDERED  
Date: 2/28/08  
Richard M. Berman, U.S.D.J.

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 2/28/08