UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GUGLIELMO PERNIS,

                Plaintiff,           07 Civ. 5787 (RMB)

    -against-               **ORDER OF DISCONTINUANCE**

RICHTER & RATNER CONTRACTING
CORP.,

                Defendants.
------------------------------------------------------------X

      Based upon the parties having reached a settlement on the record on March 17, 2008 it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued, and Defendant's motion to dismiss, dated October 16, 2007 [Dkt. # 10], is denied as moot.

**SO ORDERED**.

Dated: New York, New York
       March 17, 2008

                                                  _____
                                                  Richard M. Berman, U.S.D.J.